[No. 6263-1. Division One. February 26, 1979.]

BELLEFONTE UNDERWRITERS INSURANCE COMPANY, ET AL,
*Appellants*, v. JOHN STRACHAN, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 820032, Horton Smith, J., entered December 29, 1977. *Reversed* by unpublished opinion per Williams, J., concurred in by Swanson and Ringold, JJ.

[No. 6440-1. Division One. February 26, 1979.]

*In the Matter of the Welfare of*
DAVID BONNER.

Appeal from a judgment of the Superior Court for King County, No. J-80139, George H. Revelle, J., entered February 24, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams and Ringold, JJ.

[No. 6604-1. Division One. February 26, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL
EMERSON GAMBLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84818, David C. Hunter, J., entered May 23, 1978. *Remanded* by unpublished opinion per Andersen, J., concurred in by James and Dore, JJ.

[No. 3234-2. Division Two. February 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES N.
CUVILLIVER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. C-5749, Hewitt A. Henry, J., entered November 15, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.